IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID JONES                                                                            PLAINTIFF
ADC # 94099

v.                                         Case No. 5:16-cv-00222 KGB

WENDY KELLEY, *et al.*                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that

this case is hereby dismissed with prejudice.  The relief requested is denied.  It is certified, pursuant

to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 26th day of October, 2020.

_____
Kristine G. Baker
United States District Judge